| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Beckwith, Sandra S. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Ohio | 3. Date of Report<br><br>06/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed Antique Business |
| 2. | 2014 | Retired - Pensions - Ohio Police & Fire Pension Fund; Ohio Public Employees Retirement System (annuity) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Johnson & Johnson Common Stock | B | Dividend | | | Donated | | | | See Note in Part VIII |
| 3. Procter & Gamble Common Stock | B | Dividend | K | T | | | | | |
| 4. Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 5. First American Gov't. Obligation Fund CL Y | A | Interest | K | T | | | | | |
| 6. Int'l. Business Machines Corp. Common Stock | A | Dividend | | | Sold | 08/13/14 | L | E | |
| 7. Coca Cola Company Common Stock | A | Dividend | K | T | | | | | |
| 8. Unilever NVADR Common Stock | B | Dividend | K | T | Buy | 03/14/14 | K | | |
| 9. Apple Inc. Common Stock | A | Dividend | L | T | | | | | |
| 10. Cincinnati Police Credit Union | A | Interest | | | Closed | 12/05/14 | J | | |
| 11. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 12. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | |
| 13. I Shares FTSE/Xinhua China 25 Index FD Common Stock | B | Dividend | K | T | | | | | |
| 14. I Shares S&P Glbl Energy Sect. Common Stock | B | Dividend | K | T | | | | | |
| 15. 3M Co. Common Stock | B | Dividend | K | T | | | | | |
| 16. Novartis Capital 2.900% 4/24/15 | C | Interest | M | T | | | | | See Note in Part VIII |
| 17. Pfizer 5.350% 3/15/15 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Touchstone High Yield Fd A Common Stock | D | Dividend | M | T | Distributed | 12/12/14 | M | C | See Note in Part VIII |
| 19. Procter & Gamble Common Stock | B | Dividend | K | T | | | | | |
| 20. Novartis Ag ADR Common Stock | C | Dividend | L | T | | | | | |
| 21. American Water Works Co. Common Stock | B | Dividend | L | T | | | | | |
| 22. Nestle SA Sponsored ADR Common Stock | B | Dividend | L | T | | | | | |
| 23. Coca Cola Company Common Stock | A | Dividend | J | T | | | | | |
| 24. Union Pacific Corp. Common Stock | A | Dividend | K | T | | | | | |
| 25. Volkswagen Ag Sponsored ADR Common Stock | A | Dividend | K | T | | | | | |
| 26. Discovery Communications C Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 27. Google Inc. CL A & CL C Common Stock | | None | K | T | | | | | |
| 28. Chevron Common Stock | A | Dividend | K | T | | | | | |
| 29. China Mobile Limited ADR Common Stock | A | Dividend | K | T | | | | | |
| 30. Schlumberger Common Stock | A | Dividend | K | T | Buy | 12/16/14 | K | | |
| 31. Berkshire Hathaway Inc. CL B Common Stock | | None | K | T | | | | | |
| 32. Boeing Company Common Stock | A | Dividend | K | T | Buy | 07/22/14 | K | | |
| 33. Cme Group Inc. Common Stock | A | Dividend | K | T | Buy | 08/13/14 | J | | |
| 34. Touchstone Flexible Income Y 50% Stock 50% Bonds | A | Int./Div. | L | T | Buy | 10/31/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Maingate Mlpl Common Stock | | None | K | T | Buy | 10/31/14 | K | | |
| 36. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 37. Nextera Energy Inc. Common Stock | B | Dividend | K | T | | | | | |
| 38. First American Gov't. Obligation Fund CL Y | A | Interest | J | T | | | | | |
| 39. Celgene Corp. Common Stock | | None | M | T | | | | | |
| 40. Starbucks Common Stock | A | Dividend | K | T | | | | | |
| 41. McDonald's Corp. Common Stock | B | Dividend | L | T | | | | | |
| 42. Virginia Elec. & Power 5.250% 12/15/15 | C | Interest | L | T | | | | | |
| 43. Touchstone High Yield Fund A Mutual Fund | D | Dividend | M | T | | | | | |
| 44. Coca Cola Company Common Stock | A | Dividend | J | T | | | | | |
| 45. Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 46. Novartis Ag ADR Common Stock | A | Dividend | K | T | | | | | |
| 47. Union Pacific Corp. Common Stock | A | Dividend | K | T | | | | | |
| 48. Google Inc. CL A & CL C Common Stock | | None | L | T | | | | | |
| 49. Lockheed Martin Corp. Common Stock | | None | K | T | Buy | 12/04/14 | K | | |
| 50. Disney Walt Co. Common Stock | | None | J | T | Buy | 12/04/14 | J | | |
| 51. Sysco Corp. Common Stock | | None | K | T | Buy | 12/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Unilever Plc Spsd Adv Common Stock | | None | K | T | Buy | 12/05/14 | K | | |
| 53. OGE Energy Corp. Common Stock | | None | K | T | Buy | 12/05/14 | K | | |
| 54. Fifth Third Bank Savings | A | Interest | M | T | | | | | |
| 55. Fifth Third Bank Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1, 11 & 36 are account headers.
Items 2 through 9 are the U.S. Bank Portfolio.
Items 12 through 35 are the U.S. Bank IRA I.
Items 37 through 53 are the U.S. Bank IRA III.
Item 16 - the 2013 Financial Disclosure Report incorrectly reported income gain code A. The gain code C is correct.
Item 18 - capital gains distribution - no buyer or seller.
Item 26 - one for one stock distribution - no gain or loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544